IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| FREIGHT DRIVERS AND HELPERS LOCAL 557 PENSION FUND, *et al.*, | * | |
| | * | |
| Plaintiffs, | | |
| | * | Civil Action No.: RDB 05-1999 |
| v. | | |
| | * | |
| AUTO RESOURCES GROUP OF MARYLAND, *et al.*, | * | |
| | | |
| Defendants. | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \*

## ORDER AMENDING MEMORANDUM OPINION

It has come to the Court's attention that the references made in this Court's Memorandum Opinion dated April 13, 2006 to the amount of the judgment that will be entered in favor of Plaintiffs and against Defendants should be $295,159.29 plus attorneys' fees and costs, not $259,159.29 plus attorneys' fees and costs.  Accordingly IT IS this 19th day of April 2006, HEREBY ORDERED that:

    a.    This Court's Memorandum Opinion dated April 13, 2006 is AMENDED to reflect that the amount of the judgment that will entered in favor of Plaintiffs and against Defendants is $295,159.29 plus attorneys' fees and costs; and

    b.    Copies of this Order be sent to counsel of record.

/s/  
Richard D. Bennett  
United States District Judge